# EXHIBIT B

Margaret Rosenthal, SBN 147501
Vartan S. Madoyan, SBN 279015
Matthew J. Goodman, SBN 316286
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:       mrosenthal@bakerlaw.com
             vmadoyan@bakerlaw.com
             mgoodman@bakerlaw.com

*Attorneys for Defendant*
NATIONAL AVC, LLC DBA THRIVE PET HEALTHCARE

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF SAN DIEGO

| | |
|---|---|
| CHELSEA OLSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL AVC, LLC DBA THRIVE PET HEALTHCARE, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 37-2022-00030058-CU-OE-CTL<br><br>*[Hon. Joel R. Wohlfeil, Dept. C-73]*<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Action Filed:  July 29, 2022 |

Pursuant to California Code of Civil Procedure § 431.30, defendant NATIONAL AVC, LLC DBA THRIVE PET HEALTHCARE ("Defendant") answers the unverified complaint ("Complaint") of CHELSEA OLSON ("Plaintiff") as set forth below.

### GENERAL DENIAL

Pursuant to the provisions of California Code of Civil Procedure § 431.30, Defendant denies, generally and specifically, each and every allegation set forth in the Complaint, each and every purported cause of action in it, and further denies that Plaintiff has been damaged in the manner alleged. Defendant also denies that it is liable to Plaintiff in any manner or in any amount.

# AFFIRMATIVE DEFENSES

Defendant asserts and alleges each of the following defenses set forth below.

## FIRST AFFIRMATIVE DEFENSE

**(Arbitration Agreement)**

1. Plaintiff's claims are barred to the extent this Court lacks jurisdiction over Plaintiff's Complaint, and all causes of action alleged therein, due to the existence of a mandatory, binding arbitration agreement, which covers Plaintiff's claims.

## SECOND AFFIRMATIVE DEFENSE

**(Failure To State A Claim)**

2. The purported causes of action in the Complaint fail to include facts sufficient to state a cause of action upon which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

**(Action Is Not A Proper Class)**

3. Any recovery on the class allegations of the Complaint is barred because Plaintiff has failed to identify a proper and ascertainable class of plaintiffs. Additionally, Plaintiff is not an adequate representative of any putative class of plaintiffs; her claims are not typical; common questions of law or fact affecting the individual members of the class do not predominate; and/or a class action is neither manageable nor superior.

## FOURTH AFFIRMATIVE DEFENSE

**(Release)**

4. The purported causes of action in the Complaint are barred, in whole or in part, to the extent they have been released by Plaintiff and/or the putative class members.

## FIFTH AFFIRMATIVE DEFENSE

**(Consent)**

5. The purported causes of action in the Complaint are barred, in whole or in part, because Plaintiff and/or the putative class members consented to the alleged improper conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Offset)

6. Defendant is entitled to offset against any amount awarded to Plaintiff and/or the putative class members in this action for: (1) all overpayments of compensation, if any, to Plaintiff and/or the putative class members; (2) other sums that Plaintiff and/or the putative class members received during the course of their respective employment with Defendant to which they were not entitled, if any; and (3) all other amounts that may lawfully be deducted from any amount awarded to Plaintiff and/or the putative class members.

## SEVENTH AFFIRMATIVE DEFENSE

### (Statute Of Limitations)

7. The purported causes of action alleged in the Complaint are barred, in whole or in part, by the applicable limitations periods provided by law, including, but not limited to, those set forth in California Code of Civil Procedure §§ 338 and/or 340, and California Business and Professions Code § 17208.

## EIGHTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

8. The purported causes of action alleged in the Complaint are barred, in whole or in part, on the ground that Plaintiff and/or the putative class members entered into this litigation with unclean hands.

## NINTH AFFIRMATIVE DEFENSE

### (Laches)

9. The purported causes of action alleged in the Complaint are barred, in whole or in part, by the equitable doctrine of laches inasmuch as Plaintiff has inexcusably and unreasonably delayed the filing of this action causing prejudice to Defendant.

## TENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

10. The purported causes of action alleged in the Complaint are barred because Plaintiff lacks standing.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

### ELEVENTH AFFIRMATIVE DEFENSE

### (Waiver And Estoppel As To All Causes Of Action)

11. Plaintiff and/or the putative class members, by their own actions, have waived, in whole or in part, each purported cause of action alleged in the Complaint and are now estopped from bringing such causes of action.

### TWELFTH AFFIRMATIVE DEFENSE

### (Waiver Of Meal Periods And Rest Periods)

12. The meal and rest period claims in the Complaint are barred, in whole or in part, to the extent that Plaintiff and/or the putative class members waived their entitlement to meal and rest periods, or voluntarily chose to skip or take short or late meal and rest periods.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (Doctrine Of Avoidable Consequences)

13. Any potential recovery by Plaintiff and/or the putative class members is barred or, at a minimum, limited by the doctrine of avoidable consequences.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (Limitation of Damages)

14. Although Defendant denies that Plaintiff and/or the putative class members are entitled to any recovery as alleged in the Complaint, to the extent recovery is awarded, Plaintiff and/or the putative class members are limited to statutory penalties on the sixth cause of action at only initial violation rates of $50 per established violation.

### FIFTEENTH AFFIRMATIVE DEFENSE

### (No Violation)

15. The sixth cause of action alleged in the Complaint for violations of California Labor Code § 226 is barred, in whole or in part, because the wage statements Plaintiff and/or the putative class members received included the information required by statute. To the extent Plaintiff asserts a derivative wage statement violation, such a claim fails as a matter of law.

## SIXTEENTH AFFIRMATIVE DEFENSE

**(De Minimis)**

16. The claims of Plaintiff and/or the putative class members, including but not limited to the off-the-clock claims alleged in the Complaint, fail in whole or in part under the *de minimis* doctrine. In addition, the damages (if any) associated with such claims are too speculative to be permitted.

## SEVENTEENTH AFFIRMATIVE DEFENSE

**(Due Process)**

17. Plaintiff and/or the putative class members are precluded from recovering penalties from Defendant to the extent such remedies would violate Defendant's due process under the California and United States Constitutions.

## EIGHTEENTH AFFIRMATIVE DEFENSE

**(Good Faith Dispute)**

18. Plaintiff's claim for penalties due to an alleged violation of California Labor Code §§ 201 - 203 is barred because at all relevant times in this matter Defendant had a good-faith belief that it had fully and properly paid Plaintiff and/or the putative class members all wages legally owed and therefore disputes any allegation that wages are owed and unpaid.

## NINETEENTH AFFIRMATIVE DEFENSE

**(Duplicative Recovery)**

19. Recovery of damages, penalties, and/or other remedies based on the fifth, sixth, and eighth causes of action in the Complaint are barred, in whole or in part, to the extent they are derivative of other allegations contained in the Complaint and would lead to impermissible duplicative recovery.

## TWENTIETH AFFIRMATIVE DEFENSE

**(No Liability for Unlawful Business Practices)**

20. Defendant is not liable for violation of unlawful business practices pursuant to California Business and Professions Code §§ 17200 *et seq.*, because its business practices was not unfair, deceptive, or likely to mislead, and because Defendant is not liable to Plaintiff and/or

the putative class members for the alleged underlying violations as Plaintiff and the putative class members were provided with all regular and overtime wages due, meal and rest breaks, were provided with compliant wage statements, provided timely payment of all wages due, and provided all necessary business expenses.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Injunction and Restitution Barred)

21. The eighth cause of action alleged in the Complaint is barred, which Plaintiff raises pursuant to California Business and Professions Code §§ 17200 *et seq.,* and its injunctive and restitution remedies, is barred in light of the fact that Plaintiff and/or the putative class members have other adequate remedies available, such as monetary damages and/or penalties.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Reservation Of Future Defenses)

22. Defendant reserves the right to amend this pleading to include further affirmative defenses.

**WHEREFORE,** Defendant prays for judgment against Plaintiff as follows:

For an Order dismissing Plaintiff's claims with prejudice, and entering judgment in favor of Defendant;

For all reasonable costs and attorneys' fees incurred by Defendant in connection with the defense of this matter as available under the law; and

For such other relief as the Court may deem just and proper.

///

///

///

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Dated:   September 9, 2022 | **BAKER & HOSTETLER LLP** |
| 4 | | By:   */s/ Vartan S. Madoyan* |
| 5 | | MARGARET ROSENTHAL<br>VARTAN S. MADOYAN<br>MATTHEW J. GOODMAN |
| 6 | | |
| 7 | | *Attorneys for Defendant*<br>NATIONAL AVC, LLC DBA THRIVE PET HEALTHCARE |

7

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025-7120. On September 9, 2022, I served a copy of the within document(s):

**DEFENDANT'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT**

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill in the care and custody of **Golden State Overnight**, and causing the envelope to be delivered to a **Golden State Overnight** agent for delivery on the next business day.

☐ by placing document(s) listed above in the care and custody of Ace Attorney Services for personal delivery to the person(s) at the address(es) set forth below. Proof of service to be filed after completion of service.

☑ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Justin F. Marquez                                *Attorneys for Plaintiff*
Benjamin H. Haber                               CHELSEA OLSON
Arrash T. Fattahi
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Tel.: 213.381.9988
Fax: 213.381.9989
*justin@wilshirelawfirm.com*
*benjamin@wilshirelawfirm.com*
*afattahi@wilshirelawfirm.com*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 9, 2022, at Los Angeles, California.

                                          */s/ Hien Tran*
                                          Hien Tran

4894-2240-9776

*Baker & Hostetler LLP, Attorneys at Law, Los Angeles*